JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHER VAKNIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., ENCORE CAPITAL GROUP, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-CV-02344-MWF (GJSx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS ENTIRE ACTION (WITH PREJUDICE) AND WITHOUT PREJUDICE AS TO CLASS MEMBERS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice as to Plaintiff Asher Vaknin, and without prejudice as to members of putative class, with the parties to bear their own attorneys' fees and costs.

Dated: January 6, 2021

_____
MICHAEL W. FITZGERALD
United States District Court